UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Amy McConnell v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 10-cv-10120-DRH

*Arlene Richerson v. Bayer Corporation, et al.*   No. 09-cv-10121-DRH

*Wendy Wood v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 09-cv-10085-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on and February 12, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
    **Deputy Clerk**

**Dated:** February 12, 2014

Digitally signed by David R. Herndon
Date: 2014.02.12 16:39:01 -06'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**